AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

# 92531 - 509

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) **Case: 1:22-mj-00063** |
| Brian Raymond Jones | ) **Assigned To : Meriweather, Robin M.** |
| | ) **Assign. Date : 3/15/2022** |
| | ) **Description: Arrest Warrant with Complaint** |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Brian Raymond Jones                                                  ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2022.03.15
17:15:42 -04'00'

Date:     03/15/2022

*Issuing officer's signature*

City and state:     Washington, D.C.          Robin M. Meriweather , U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/15/22 , and the person was arrested on *(date)* 3/23/22 at *(city and state)* Seattle, Washington . |
| Date: 3/23/22                          *Arresting officer's signature* |
| Christopher Quintero  *Printed name and title* |